UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re Pierre O. Irvin-El Bey,           Misc. Case No. 20-mc-50167

    Petitioner.          Honorable Nancy G. Edmunds

_____/

**ORDER CLOSING MISCELLANEOUS CASE**

On February 3, 2020, *pro se* Petitioner Irvin-El Bey filed with this Court a "letter of appointment of executor," containing some incomprehensible ramblings. Understandably, the Clerk of the Court was uncertain as to the purpose for which Petitioner submitted this letter, and the present miscellaneous case was opened so that it could be docketed and acted upon as the Court deemed appropriate.

Having reviewed Petitioner's letter, the Court finds that this miscellaneous case should be closed for lack of any jurisdictional basis or cognizable claim for relief. Nothing in the letter submitted by Petitioner can be construed as stating a claim upon which relief can be granted, nor as raising any matters over which this Court may exercise subject matter jurisdiction.

For these reasons, IT IS HEREBY ORDERED AND ADJUDGED that this miscellaneous case is CLOSED.

SO ORDERED.

                         s/Nancy G. Edmunds
                         Nancy G. Edmunds
                         United States District Judge

Dated: February 6, 2020

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 6, 2020, by electronic and/or ordinary mail.

                                          <u>s/Lisa Bartlett</u>
                                          Case Manager